UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| TIMMY LYNN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No.: 2:15-0003 |
| | ) Judge Sharp |
| BETH DAVIS, DONNIE ALLRED, and | ) |
| GARY L/N/U, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby rules as follows:

(1) The Motions for Summary Judgment filed by Defendants Beth Davis (Docket No.53), Gary Beaty (Docket No. 61), and Donnie Allred (Docket No. 64) are GRANTED;

(2) Plaintiff's Motion to Compel (Docket No. 112) is DENIED;

(3) Defendants' Motion for Protective Order (Docket No. 116) is DENIED AS MOOT; and

(4) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court shall enter final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE